UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARILYN BEAL, *also known as*
MARILYN BRUCE,
        Plaintiff,

        -against-

BANK OF AMERICA, NA,
        Defendant.

**<u>JUDGMENT</u>**
14-CV-5455 (RRM) (LB)

-----------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

    A Memorandum and Order of the undersigned having been filed this day dismissing this complaint without prejudice, it is hereby

    ORDERED, ADJUDGED AND DECREED that the complaint is hereby dismissed without prejudice.

SO ORDERED.

Dated:    Brooklyn, New York
          December 22, 2014

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge